1  BARRY E. HINKLE, Bar No. 071223
   PATRICIA A. DAVIS, Bar No. 179074
2  CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone (510) 337-1001
5  Fax (510) 337-1023

6  Attorneys for Plaintiffs

7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9

10 CALIFORNIA DRYWALL/LATHING          )  No.    CV 09-03531 JSW
   INDUSTRY LABOR-MANAGEMENT           )
11 COOPERATION COMMITTEE, INC., and THE )
   BOARD OF TRUSTEES, in their capacities as )
12 Trustees of the CARPENTERS HEALTH AND )
   WELFARE TRUST FUND FOR CALIFORNIA;  )
13 CARPENTERS VACATION-HOLIDAY TRUST   )  **EX PARTE APPLICATION FOR**
   FUND FOR NORTHERN CALIFORNIA;       )  **CONTINUANCE OF CASE**
14 CARPENTERS PENSION TRUST FUND FOR   )  **MANAGEMENT CONFERENCE;**
   NORTHERN CALIFORNIA; CARPENTERS     )  (~~PROPOSED~~) **ORDER**
15 ANNUITY TRUST FUND FOR NORTHERN     )
   CALIFORNIA; and CARPENTERS TRAINING )
16 TRUST FUND FOR NORTHERN CALIFORNIA, )

17               Plaintiffs,            )
                                        )
18        v.                            )
                                        )
19 MLR DRYWALL SERVICES, INC. California )
   Corporation,                         )
20                                       )
                 Defendant.              )
21 _____ )

22      **TO:  THE CLERK OF THE COURT AND DEFENDANT MLR DRYWALL**

23 **SERVICES, INC. California Corporation:**

24      Pursuant to Civil Local Rule 7-10, Plaintiffs hereby request that the initial Case

25 Management Conference scheduled for November 13, 2009 be continued for ninety days to allow

26 Plaintiffs to file a Motion for Default Judgment.

27      Plaintiffs served its Complaint in this matter on August 24, 2009.  When a responsive

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village
Parkway, Suite 200
Alameda, CA 94501-1091

EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; (~~PROPOSED~~)
ORDER

1   pleading was not filed, Plaintiffs filed a Request for Entry of Default on October 9, 2009.  Given

2   these facts, Plaintiffs believe that the Case Management Conference should be continued for ninety

3   days in order to allow Plaintiffs to file a Motion for Default Judgment.

4        The above stated facts are set forth in the accompanying Declaration of Concepción E.

5   Lozano-Batista in Support of Ex Parte Application to Continue Case Management Conference,

6   filed herewith.

7   Dated: October 15, 2009

8                                    WEINBERG, ROGER & ROSENFELD
                                     A Professional Corporation
9

10                                   By:_____/s/ *Concepción E. Lozano-Batista*_____

11                                       CONCEPCIÓN E. LOZANO-BATISTA
                                         Attorneys for Plaintiffs
12

13              **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

14        Based upon the foregoing Ex Parte Application for Continuance of Case Management

15   Order and Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application to

16   Continue Case Management Conference, the Court orders a continuance of the Case Management

17   Conference ~~for 90 days, or as soon thereafter as a court date is available.  In addition, the Court~~

18   ~~orders:~~  February 12, 2010 at 1:30 p.m.  If a motion for default judgment is filed before that
              date, the case management conference shall be vacated.
19

20

21   Dated: October 15, 2009              _____

22                                        HONORABLE JEFFREY S. WHITE
                                          United States District Court Judge
23   122379/547095

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village
Parkway, Suite 200
Alameda, CA  94501-1091

EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; (PROPOSED)
ORDER