IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DRYWALL/LATHING INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE INC., et al., | No. 09-03531 JSW |
| Plaintiffs, | **ORDER OF REFERRAL** |
| v. | |
| MLR DRYWALL SERVICES, INC., | |
| Defendants. | |

Pursuant to Northern District Civil Local Rule 72-1, Plaintiffs' Motion for Default Judgment is HEREBY REFERRED to a randomly assigned Magistrate Judge for a Report and Recommendation. The hearing set for December 18, 2009 before this Court is VACATED. If the parties do not hear from the Court regarding an assignment to a Magistrate Judge within 14 days, please contact this Court's Courtroom Deputy, Jennifer Ottolini at 415-522-4173. It is FURTHER ORDERED that Plaintiffs shall serve a copy of the motion and this Order on Defendant, and shall file proof of such service with the Court.

**IT IS SO ORDERED.**

Dated: October 29, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom