UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| California Drywall/Lathing Industry Labor-Management Cooperation, Inc, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MLR Drywall Services Inc, et al.,<br><br>Defendants.<br>_____/ | No. C 09-3531 JSW  (JL)<br><br>**AMENDMENT TO REPORT AND RECOMMENDATION** |

The Court sua sponte hereby amends its Report and Recommendation submitted January 19, 2010 as follows:

1) At page 4, line 27, and at page 9, line 19, "Ex. E to Plommer Declaration," (referring to the Arbitration Award) should read "Ex. C to Complaint;" and

2) At page 3, line 26 *et seq.* to the end of the paragraph should read: " . . . Agreement, and two dollars ($2.00) or ten percent (10%), whichever is greater, Art. II, § 9 to the Training Trust Agreement."

Respectfully submitted,

DATED: February 4, 2010

_____
JAMES LARSON
United States Magistrate Judge

G:\JLALL\CASES\CIV-REF\09-3531\Amendment to R&R.wpd