IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DRYWALL/LATHING INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MLR DRYWALL SERVICES, INC.,<br><br>Defendant. | No. C 09-03531 JSW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

This matter comes before the Court upon consideration of the Report and Recommendation ("Report") issued by Magistrate Judge James Larson, in which he recommends that this Court grant Plaintiffs' Motion for Default Judgment. Having reviewed the Report, and the amendment thereto, the parties' papers, relevant legal authority, and the record in this case, the Court finds the Report thorough and well reasoned and HEREBY ADOPTS it in every respect.[1] Accordingly, Plaintiffs' Motion for Default Judgment is GRANTED. Accordingly, the Decision and Award of the Arbitrator is HEREBY AFFIRMED on the terms set forth in that award. (*See* Compl., Ex. C (Arbitration Award at 3-5).) In addition to the $191,281.30 that is due and owing under the Arbitration Award, Plaintiff is entitled to attorneys' fees in the amount of $3,431.25 and costs in the amount of $641.95. Finally, Defendant shall submit to an audit of its books and records.

//
//
//

---

[1] The Court notes that it appears that a further reference to Plommer Declaration Exhibit E, at page 9, line 19 of the Report also should refer to Exhibit C to the Complaint.

A separate judgment shall issue, and the Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: February 8, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE